# EXHIBIT 11

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

```
FUNDAMENTAL INNOVATION        )
SYSTEMS INTERNATIONAL LLC,    )
                              )
            Plaintiff,        )
                              )  No. 2:17-cv-00145
      VS.                     )  JRG
                              )
SAMSUNG ELECTRONICS CO.,      )
LTD., AND SAMSUNG ELECTRONICS )
AMERICA, INC.                 )
                              )
            Defendants.       )
_____)
```

VIDEOTAPED DEPOSITION OF KENNETH FERNALD, PH.D.

Los Angeles, California

November 21, 2017

Job No. 20151

Reported by:  NIKKI ROY

        CSR No. 3052

Page 106

1    Q.  And would you agree that the Sony U-4 cable
2  is only compatible with Sony's camera?
3         MS. ZHONG:  Objection.
4         THE WITNESS:  I don't think I have any way
5  of knowing that.  The Kodak is also labeled "U-4."  I    11:47
6  can't tell if it's the same connector from what I
7  have here or not.
8  BY MR. FRIEDMAN:
9    Q.  Maybe I can help you out.
10    A.  Sure.                              11:48
11    Q.  I'm on page 7 of Exhibit 1.  Are you there?
12    A.  Oh, yeah, I'm there.
13    Q.  Right.  There's a bullet point right in the
14  middle of that picture that is associated with the
15  Sony Cybershot.                          11:48
16        Do you see that?
17    A.  Yes, I think I see --
18    Q.  Correct.
19    A.  -- the text here.  Sure.
20    Q.  It says there that these USB cable and jack    11:48
21  are designed for this digital still camera only.
22        Do you see that?
23    A.  I do.  Yep.
24    Q.  Do you have any reason to dispute that
25  statement?                               11:48

Page 107

1    A.  I don't even -- can't even be sure what that
2  statement means, whether they simply mean among
3  cameras made just by Sony or not, I just don't know.
4  I have no grounds to dispute it because I don't --
5    Q.  All right.                         11:49
6    A.  I'm not sure what they mean by the
7  statement.
8    Q.  Okay.  That's my question, sir.
9    A.  Yeah.
10    Q.  As you sit here today, do you have any     11:49
11  reason to dispute that statement?
12    A.  Only that these connectors look very
13  similar.  That's all I can tell you.
14    Q.  And the statement --
15    A.  And they have a very similar nomenclature.    11:49
16    Q.  Does the statement to suggest to you as a
17  person of ordinary skill in the art that the Sony U-4
18  cable is only compatible with Sony's camera?
19        MS. ZHONG:  Objection --
20  BY MR. FRIEDMAN:                          11:49
21    Q.  After reading that statement on page 7 of
22  Exhibit 1?
23        MS. ZHONG:  Objection; form.
24        THE WITNESS:  As I sit here and read this, I
25  think it's saying that the customer who wants a cable    11:50

Page 108

1  for that camera, they should buy this cable, you
2  know.  It's not necessarily work for other Sony
3  cameras, but that's just somewhat speculation based
4  on taking this at face value.
5  BY MR. FRIEDMAN:                          11:50
6    Q.  Do you have any reason to --
7    A.  Also, vendors love to sell cables.  You
8  know, they always say "be sure to buy our cable
9  because nothing else in the world will work" because
10  they wanted you to by buy it from them.         11:50
11    Q.  Did you take any steps to investigate
12  whether the Sony cable, the U-4 cable is compatible
13  with any camera other than the Sony camera or any
14  other Sony cameras?
15    A.  No.  I didn't find it relevant to my       11:50
16  analysis.
17    Q.  That's all I'm trying to get at.
18    A.  Yeah.
19    Q.  Do you have any reason as you sit here today
20  to dispute that statement that states that the USB    11:50
21  cable, which is referring to the Sony U-4 cable, is
22  designed for only the Sony digital still camera?
23    A.  I have no grounds to dispute that beyond
24  what -- the statement I made before that the
25  connectors look similar.  That's all I can -- and    11:51

Page 109

1  they have similar nomenclatures.
2    Q.  Is it fair to say that the Nikon UC-E1
3  connector is incompatible with Sony's USB connector?
4    A.  At least mechanically, yes.
5    Q.  Okay.  And would you agree that the UC-E1    11:51
6  and the U-4 are nonstandard proprietary connectors?
7        MS. ZHONG:  Objection; form.
8        THE WITNESS:  No, I would not agree to that.
9  BY MR. FRIEDMAN:
10    Q.  And why?                          11:51
11    A.  For the same reasons we discussed before.  I
12  think proprietary would mean that it is not able to
13  talk on an open standard bus, if you will.  And these
14  are talking on USB.  And they're also consistent with
15  the vendor-specific connectors that's allowed by the    11:52
16  USB, as far as I can tell.
17    Q.  And what investigation did you undertake to
18  determine whether the UC-E1 and the U-4 are
19  consistent with vendor-specific connectors allowed by
20  the -- by USB?                          11:53
21    A.  I -- if I remember right, the
22  vendor-specific connector requirement is that it
23  allows signalling.  I don't remember the exact
24  language.  We'll have to go look if you want to talk
25  about that, you know.  It's a connector that enables    11:53

28 (Pages 106 to 109)

Page 110

```
 1   signalling, according to USB.  And beyond that, it's
 2   very broad and the vendor-specific connector can be,
 3   you know, a wide range of form factors.  And just
 4   from looking at these, I've physically held them,
 5   I've looked at them, I've looked at the manuals, and   11:53
 6   they clearly met the language in the USB
 7   specification.
 8       Q.  And to be clear on the record, is it your
 9   opinion that these connectors meet all of the
10   requirements for the vendor-specific connectors of    11:54
11   USB?
12       A.  That's what I had determined.  If you want
13   me to verify that, I'd have to go back and look at
14   that section of the specification.
15          But as I sit here today, that's my opinion,   11:54
16   yes.
17       Q.  And you're confident that that is the case
18   as you sit here today?
19       A.  Yeah, I'm confident.
20       Q.  And did you perform any tests to verify       11:54
21   that?
22       A.  No.  That was based on my inspection of the
23   documentation of the products themselves, not on any
24   sort of testing.  I took the manual at its face value
25   that they would -- it was compatible with USB, for    11:55
```

Page 111

```
 1   example.
 2       Q.  These manuals state that they are
 3   compatible -- these products are compatible with USB?
 4       A.  That's what I remember, yes.  I don't
 5   remember the exact language, of course.  I mean,      11:55
 6   they're shown here as being USB ports, USB jacks.
 7   This one calls it a USB connector in this diagram.
 8       Q.  Okay.  All right.  If we look on page 7 and
 9   8, these are all consumer-facing, correct?
10       A.  What are we talking about when you say       11:56
11   "consumer-facing"?
12       Q.  The blowouts that appear on pages 7 and 8
13   and the documents that are describing these pictures
14   that are shown on 7 and 8.
15       A.  I'm not sure what you mean by your question. 11:56
16   I'm sorry.  The -- some of these are photographs that
17   were taken of the actual products.  Some are excerpts
18   from manuals.  I'm not sure what your question is
19   getting to.
20       Q.  All right.  Okay.  Now do you agree that the 11:56
21   USB 2.0 spec defines series A and B connectors?
22       A.  Yes, it defines those connectors.
23       Q.  And would you agree that series A and B
24   connectors are standard connectors?
25       A.  I suppose, yeah, they're part of that        11:57
```

Page 112

```
 1   specification or standard, if you will.
 2       Q.  And the series A connectors have a specific
 3   shape, correct?
 4       A.  They do have a specific shape, yes.  Both
 5   male and female.                                      11:57
 6       Q.  Okay.  That was my next question.  That
 7   shape allows the A plug to mate with the A
 8   receptacle, correct?
 9       A.  Yes, yes.  That's correct.
10       Q.  And the same is true with regard to series   11:58
11   B.  The series B connectors have a specific shape,
12   correct?
13       A.  They do have a specific shape.
14       Q.  And that shape allows the B plugs to mate
15   with the B receptacles, correct?                      11:58
16       A.  That is correct, yes.
17       Q.  Now, if I have a device with a USB type B
18   receptacle, can you plug that device into a
19   proprietary connector?
20       A.  I guess it would depend on whether the       11:58
21   proprietary connector happened to be compatible
22   mechanically with the receptacle, a B receptacle.
23   It's possible.
24       Q.  All right.  So if I have a device with a USB
25   type B receptacle you would agree you can't plug it  11:58
```

Page 113

```
 1   into a proprietary connector that has mechanical
 2   differences from type B, correct?
 3       A.  If there --
 4          MS. ZHONG:  Objection; form.
 5          THE WITNESS:  If there -- if the mechanical  11:59
 6   differences are significant enough.
 7   BY MR. FRIEDMAN:
 8       Q.  Okay.  Can I plug the U-4 into the type B
 9   connector?
10       A.  I would not guess so based on this          11:59
11   photograph.  I would assume not, based on this
12   photograph.
13       Q.  And if I have a device with a USB mini
14   receptacle, you couldn't plug a proprietary connector
15   with mechanical differences into it.  You would agree 11:59
16   with that, right?
17          MS. ZHONG:  Objection; form.
18          THE WITNESS:  I -- you said mini.  I assume
19   you mean Mini-B and --
20   BY MR. FRIEDMAN:                                     11:59
21       Q.  Correct.
22       A.  And -- yes.  And obviously you can't -- yes
23   is the short answer.
24       Q.  And as an example, we could take the Olympus
25   CB-USB1 and Sony and Kodak's U-4, Nikon's UC-E1,     12:00
```

29 (Pages 110 to 113)