# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| FUNDAMENTAL INNOVATION SYSTEMS INTERNATIONAL LLC, § § § § § § § | Case No. 2:16-cv-01425-JRG-RSP |
| v. | |
| LG ELECTRONICS, INC., et al. | |

## ORDER

In light of the parties' agreement read into the record at the hearing on April 25, 2018, Fundamental's motion to amend infringement contentions, ECF No. 152, is GRANTED, and Fundamental's motion to reduce patent claims and prior art references, ECF No. 160, and the LG defendants' motion to strike infringement contentions, ECF No. 165, are **DENIED AS MOOT**. The parties are directed to submit a joint motion for entry of an agreed order to reduce claims and prior art references within fourteen days of this order.

Additionally, the parties have agreed to a continuance to accommodate the newly released products. Trial is rescheduled for November 5, 2018, before Judge Gilstrap. The pretrial conference will be held before the undersigned on October 11, 2018 at 9:00 a.m. The parties are directed to submit a proposed docket control order changing other dates as necessary, leaving at least two weeks between completed briefing on any *Daubert* motion or motion for summary judgment and the pretrial conference date.[1]

**SIGNED this 26th day of April, 2018.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

---

[1] Note that under amended Local Rule CV-7(e), a party opposing a motion for summary judgment has 21 days from the date the motion was served to respond.