# Exhibits A through E
# FILED UNDER SEAL