# Exhibit F



MENU

Help support iPhoneinCanada.ca by whitelisting our site in your ad blocker. We <3 you. #hugs

# After Samsung, Huawei is the New Apple Copycat in Town

 

BY **USMAN QURESHI** — 2 YEARS AGO   —   1313



Following in Samsung's footsteps, Chinese electronics giant Huawei has decided to copy Apple's products and their specs in its new and upcoming products. The company has just announced its new 5.5-inch Mate S smartphone at IFA, whose headline feature is "Force Touch", which is the ability of the touchscreen display to sense varying levels of pressure (via *The Verge*). As we are all aware, the feature has been rumored to be coming to the next iPhone, having already debuted on the Apple Watch and the new MacBook.

*"Huawei is preempting that presumed iPhone, copying the rumor before the real thing. It did exactly the same with its limited edition Ascend P7 Sapphire at last year's IFA too.*

About    Advertise    Contact Us    AndroidinCanada.ca    Canadian Cellphone Plans    X

*display. That rumor didn't materialize, and Huawei only ever made a few of its sapphire-fronted phones."*

The Chinese company does however deserve some credit for its engineering achievement. Only luxury brands like Vertu could previously afford to produce such difficult and expensive screens. It's safe to say that unlike Samsung, Huawei's not merely a rip off artist, but rather "a technically accomplished rip off artist", as The Verge puts it.



What's even more interesting about Mate S is that the company is not limited itself to Apple only. Anyone that knows HTC's One series of aluminum unibody smartphones will be instantly familiar with Huawei's new flagship smartphone. It features the same chamfered edges, the gently curving back and even the plastic inserts punctuating the smooth metal (shown above).

You can view more pics and read more about the new copycat's latest smartphone here.

 

About    Advertise    Contact Us    AndroidinCanada.ca    Canadian Cellphone Plans    X



READ NEXT

### Apple Beats 1 DJ Julie Adenuga Was An Apple Store Employee

USMAN QURESHI   2 YEARS AGO   💬 0

## Most Viewed

1  **Koodo Promo: $45/8GB Win Back Offer for Public Mobile Customers** 5 DAYS AGO

2  **Samsung Pits Galaxy Note 9 Against iPhone X In New 'Ingenius' Ads** 3 DAYS AGO

3  **Benchmarks: Samsung Galaxy Note 9 vs Apple iPhone X** 3 DAYS AGO

4  **Telus Launching New Renewal Process for Premium and Premium Plus Subscribers** 4 DAYS AGO

5  **Freedom Mobile Launches VoLTE on Select Smartphones** 6 HOURS AGO

6  **Leaked Images, Video Show Google Pixel 3 XL with USB-C Earbuds** 5 DAYS AGO

7  **Apple iOS 12 to Bring Great Improvements to the Camera and Portrait Mode** 4 DAYS AGO

## Related Content

 **Benchmarks: Samsung Galaxy Note 9 vs Apple iPhone X**

Some early benchmarks have been released putting the Galaxy Note 9 against the iPhon…

13 Comments         iPhone in Canada - News for Canadian iPhone Users